IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01223-MSK-CBS

JOEY YOUNG,

Plaintiff,

v.

INVESTIGATOR BAUN EWEN,
INVESTIGATOR BORQUESZ, and
AURORA POLICE DEPARTMENT/NARCOTICS UNIT,

Defendants.

---

SUPPLEMENTAL CERTIFICATE OF MAILING

---

      I hereby certify that on July 25, 2007, I served **"Documents [#6], [#7], [#8], [#9], [#10] and [#15]"** to the mailing address:

**Joey Young**
#137021
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81062

                           GREGORY C. LANGHAM, Clerk

                           By:    s/Debra Nawls
                                  Deputy Clerk