IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01233-REB-CBS

ROSS EDWARD SMITH,

    Plaintiff,

v.

JARROD TINNIN,
individually and as a Police Officer of the City and County of Denver,
MARK SUTTON,
individually and as a Deputy Sheriff of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER,
a municipal corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants Motion for Order Compelling Discovery and Award of Attorney's Fees Pursuant to FED.R.CIV.P. 37 (*doc. no. 14*) is **DENIED**, without prejudice. This court does not permit counsel to file an opposed discovery motion unless and until counsel complies fully with Rule 7.1 A *and* this court's practice rule regarding discovery disputes; as explained during the Rule 16(b) scheduling conference held on August 15, 2007.

**DATED:**    October 26, 2007