IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01233-REB-CBS

ROSS EDWARD SMITH,

    Plaintiff,

v.

JARROD TINNIN, individually and as a Police Officer of the City and County of Denver,
MARK SUTTON, individually and as a Deputy Sheriff of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulated Dismissal With Prejudice** [#24], filed December 20, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Dismissal With Prejudice** [#24], filed December 20, 2007, is **APPROVED**;

    2. That the Trial Preparation Conference set for August 15, 2008, is **VACATED**;

    3. That the jury trial set to commence September 15, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 21, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**